Aug. 15, 1979.

422 A.2d 688

Commonwealth v. Fork, Appellant.

Submitted October 26, 1978. Norman S. Levine, Public Defender, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

422 A.2d 688

McCutcheon v. Nuzzo, Appellant.

Argued October 23, 1978. Stanley E. Pecora, Jr., for appellant; Jon G. Hogue, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

The order of the McKean County Court is restricted to granting appellees a preliminary injunction prohibiting appellants from blocking the roadway, and requiring the latter to remove all existing barricades.

As modified, order affirmed.